IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-113 |
| | ) | (PHILLIPS/SHIRLEY) |
| DONALD R. HARMON and | ) | |
| JOHNNY HATCHER, | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This cause came before the undersigned on the government's Motion to File Responses to Pretrial Discovery Motions Out of Time [120], filed on February 16, 2006. The government requests permission to file responses, [Docs. 121, 122, 123, 124 and 125], out of time on February 16, 2006. Due to the voluminous number of defense motions filed in this case and the fact that this request does not affect any other dates presently set in the case, the Court **GRANTS** the government's motion [**Doc. 120**] requesting permission to file responses to pretrial motions out of time on **February 16, 2006.** Additionally, the Court notes that a motion hearing is set for **February 22, 2006, at 9:00 a.m.**

    **IT IS SO ORDERED.**

                                             ENTER:

                                                  s/ C. Clifford Shirley, Jr.
                                                United States Magistrate Judge