# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-113 |
| | ) | (PHILLIPS) |
| DONALD R. HARMON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon the Government's motion for third-level acceptance of responsibility [Doc. 222] based upon the defendant's timely plea, which prevented the Government from unnecessarily preparing for trial. For good cause stated, the government's motion [Doc. 222] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

    s/ Thomas W. Phillips
UNITED STATES DISTRICT JUDGE